## BOWDEN *v.* BOWDEN.

ATKINSON, Justice. On January 31, 1931, Mrs. Lucinda Faulk Bowden in a suit for divorce and alimony was awarded certain temporary alimony and attorney's fees against C. W. Bowden. The defendant paid a part of the alimony, but paid no part of the attorney's fees. The parties resumed their marital relations on March 10, 1932, and lived together un-

til August, 1933. On June 29, 1932, the court rendered a judgment dismissing the suit for divorce and alimony. There was no exception to this judgment. On May 4, 1934, after a second separation the wife instituted proceedings to attach the husband for contempt by failure to pay the alimony and attorney's fees. *Held,* that the judge did not abuse his discretion in refusing to hold the defendant in contempt. See *Weeks* v. *Weeks,* 160 *Ga.* 369; *Keefer* v. *Keefer,* 140 *Ga.* 18 (78 S. E. 462, 46 L. R. A. (N. S.) 527). *Judgment affirmed. All the Justices concur.*

No. 10507. APRIL 12, 1935.

*W. B. Kent,* for plaintiff. *W. O. Purser,* for defendant.